

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| DALMEX , LTD., | § | No. 08-13-00182-CV |
| Appellant, | § | |
| | § | Appeal from the |
| v. | § | |
| | § | 243rd District Court |
| APPAREL ENTERPRISES, INC. AND SALVADOR DEL RIO, | § | |
| | § | of El Paso County, Texas |
| Appellees. | § | (TC# 2011-2481) |
| | § | |

## **J U D G M E N T**

The Court has considered this cause on the record and concludes the trial court erred in failing to reinstate Appellant's case. We therefore reverse the court below and remand the cause for reinstatement on the trial docket, in accordance with this Court's opinion. We further order that each party bear their own appellate costs. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 7TH DAY OF JANUARY, 2015.

STEVEN L. HUGHES, Justice

Before McClure, C.J., Rodriguez, and Hughes, JJ.